**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Johnny Wayne CALLEN**
**Defendant-Appellant**

No. 17-2372

United States Court of Appeals,
Eighth Circuit.

Submitted: February 6, 2018

Filed: February 9, 2018

Dustin S. Roberts, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff-Appellee

Johnny Wayne Callen, Pro Se

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Johnny Callen directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to enticing a minor to engage in sexual activity. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); <u>see also United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal. Accordingly, the judgment is affirmed, and counsel's motion to withdraw is granted.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the

Western District of Arkansas.